Submitted December 7, 2012, reversed February 6, 2013

In the Matter of C. E. K.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

C. E. K.,
*Appellant.*

Lincoln County Circuit Court
120939; A151337

296 P3d 624

Megan L. Jacquot filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Inge D. Wells, Senior Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant argues that the record does not establish by clear and convincing evidence that she is a danger to herself or others because of a mental disorder. *See* ORS 426.005(1)(e)(A). The state concedes that the evidence is legally insufficient for involuntary commitment and that the judgment should be reversed. We agree with and accept the state's concession.

Reversed.